No. 71–404. COLTEN v. KENTUCKY. Appeal from Ct. App. Ky. Probable jurisdiction noted. 

No. 71–5445. SHADWICK v. CITY OF TAMPA. Appeal from Sup. Ct. Fla. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 

No. 70–223. CENTRAL HARDWARE CO. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 8th Cir. Certiorari granted. 

No. 71–237. MANCUSI, CORRECTIONAL SUPERINTENDENT v. STUBBS. C. A. 2d Cir. Certiorari granted. 

No. 71–506. UNITED STATES ET AL. v. MIDWEST VIDEO CORP. C. A. 8th Cir. Certiorari granted. 

No. 71–517. COMBS v. UNITED STATES. C. A. 6th Cir. Certiorari granted. 

No. 71–564. DISTRICT OF COLUMBIA v. CARTER. C. A. D. C. Cir. Certiorari granted. 

No. 70–283. ADAMS, WARDEN v. WILLIAMS. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. 

No. 70–159. DEUTSCH ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.